AARON BOGARTZ, an Infant, by JACOB BOGARTZ, His Guardian ad Litem, et al., Respondents, v. VINCENT ASTOR et al., Respondents.

ARCY DOLL & TOY MANUFACTURING COMPANY, Appellant.

Submitted October 2, 1944; decided October 12, 1944.

*Sidney J. Feltenstein* for motion.

*Harry J. Winick* opposed.

Motion denied, with ten dollars costs. (See 293 N. Y. 563, 294 N. Y. 664.)